Nancy J. Balles (SBN 103371)
A Professional Law Corporation
710 S. Broadway, Suite 204
Walnut Creek, CA 94596
Tel: 925-937-2646
Fax: 925-295-3105
Email: nballes@nancyballes.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DANIEL HASELHORST | Case No. CV 06-05518 CRB |
| Plaintiff, | PLAINTIFF'S SUBSTITUTION OF ATTORNEY |
| v. | |
| IXIS ASSET MANAGEMENT DISTRIBUTORS, L.P., and IXIS ASSET MANAGEMENT ADVISORS, L.P. | Trial Date: November 5, 2007<br>Trial Judge: Hon. C. Breyer |
| Defendants. | |

TO COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF

RECORD:

PLEASE TAKE NOTICE that Plaintiff Daniel Haselhorst ("Plaintiff") hereby substitutes

out NANCY BALLES, APLC, as his attorney of record. He hereby substitutes himself in pro

per. Plaintiff intends to find new counsel. All pleadings and other documents in this matter

should now be served on Daniel Haselhorst at 305 Zamora Place, Danville, CA 94526, Tel: (925)

743-3975; email: danhaselhorst@msn.com.

I consent to this substitution.

Dated: June 15, 2007

By: _____

Daniel Haselhorst

1   I consent to this substitution.                    NANCY BALLES, APLC

2   Dated: June _15_, 2007                             By: _Nancy J. Balles_

3                                                            Nancy J. Balles

4

5

6

7

8                          IT IS SO ORDERED

9                                                         June 18, 2007

10                        Judge Charles R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Substitution of Attorney - 2