1  DANIEL HASELHORST
2  305 Zamora Place
   Danville, CA. 94526
   Tel: 925-743-3975
3  Email: danhaselhorst@msn.com

4  Pro se

5

6              UNITED STATES DISTRICT COURT

7      NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

8

9
   DANIEL HASELHORST,                    Case No. CV 06-05518 CRB
10
                      Plaintiff,         STIPULATION AND ORDER FOR
11                                       DISMISSAL OF ACTION PURSUANT
   vs.                                   TO F.R.C.P. RULE 41(a)
12
   IXIS ASSET MANAGEMENT
13 DISTRIBUTORS, L.P.; and IXIS ASSET
   MANAGEMENT ADVISORS, L.P.,
14
15                    Defendants.

16      Plaintiff Daniel Haselhorst, appearing pro se, and Defendants IXIS Asset Management

17 Distributors, L.P.; and IXIS Asset Management Advisors, L.P., appearing by and through their

18 undersigned counsel, hereby stipulate and agree to entry of an order dismissing this action in its

19 entirety with prejudice, each party to bear his, her or its own respective costs and attorneys fees.

20

21 Dated: July 16, 2007                   Dated: July 27, 2007

22 By:                                    LITTLER MENDELSON

23    Daniel Haselhorst, Pro Se           By:

24                                           Natalie Pierce, Esq.
                                             Natasha DeCourcy, Esq.
25                                           Attorneys for Defendants

26 IT IS SO ORDERED.

27
   Dated: July 31, 2007
28

   Judge of the Northern District of California

   Stip and Order for Dismissal

IT IS SO ORDERED

_Judge Charles R. Breyer_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA